ACCEPTED
01-15-00411-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 3:47:41 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00411-CR
IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/6/2015 3:47:41 PM
CHRISTOPHER A. PRINE
Clerk

_____

**Ex parte Julio J. Lebron**

_____

On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court No. 2020596

_____

# APPELLANT'S MOTION TO SUPPLEMENT CLERK'S RECORD

_____

Julio J. Lebron, through Jonathan Landers, files this motion to supplement the clerk's record pursuant to Tex. R. App. P. 25.2(d), and as good cause would show this Court as follows:

1.    On April 23, 2015, Appellant filed a Notice of Appeal of the denial of his application for writ of habeas corpus. CR at 22. On that date, the certification of defendant's right of appeal was also filed, but was erroneously not signed by Appellant. CR at 20.

2.    An official copy of the certification, obtained from the Harris County Clerk's Office, has now been signed, and Appellant has been given a copy. The signed certification is attached to this motion.

3.    Texas Rule of Appellate Procedure 25.2(d) explains a copy of the certification should be a part of the record on appeal when the notice of appeal is

filed, but "may be added by timely amendment or supplementation" under Tex. R. App. P. 25.2(d). Counsel received notice by email on May 5 that the clerk's record had been filed and noticed on that date that the certification had not been signed by the Appellant. Counsel is filing this supplement to the clerk's record on May 6, 2015.

Appellant respectfully requests this Court grant this motion, and allow him to supplement the clerk's record with the attached, signed certification.

Respectfully submitted,

*Jonathan Landers*
Jonathan D. Landers
State Bar No. 24070101
2817 W. TC Jester Blvd., Suite M
Houston, Texas 77018
713-301-3153 (Phone)
713-685-5020 (FAX)
Jlanders.law@gmail.com
**LAWYER FOR APPELLANT**

### CERTIFICATE OF SERVICE

I certify that a copy of this **motion to supplement** has been delivered to the Harris County District Attorney's Office on 5/5/2015 through the e-filing system.

*Jonathan Landers*
Jonathan Landers

NO. 01-15-00411-CR
IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

_____

**Ex parte Julio J. Lebron**
_____

On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court No. 2020596
_____

**ORDER**
_____

Upon considering **APPELLANT'S MOTION TO SUPPLEMENT**—

*It is ordered* GRANTED.

The Signed Copy the Trial Court's Certification of Defendant's Right of

Appeal attached to this motion will be added to the clerks record as permitted by

Texas Rule of Appellate Procedure rule 25.2(d).

Signed this _____ day of _____, 2015.


_____
JUDGE PRESIDING

Trial Court's Certification of Right to Appeal

CAUSE NO. _2020596_

Ex Parte

THE STATE OF TEXAS § IN THE COUNTY CRIMINAL

VS. § COURT AT LAW NUMBER _15_

_Julio J. LeBron_ § HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal. [or] _Writ_

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____ _4-17-15_
**Judge Presiding** **Date Signed** _2015_

I have received a copy of this certification. I have also been informed of my rights concerning my appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____ _____
**Defendant** **Defendant's Counsel**

_24070101_

Mailing address: State Bar of Texas ID Number:

_(832) 808-4291_ _2817_

Telephone number: Mailing address:

_713 301 3153_

Fax number (if any): Telephone number:

**FILED**
**Chris Daniel**
**District Clerk**
APR 17 2015
Harris County, Texas
By _____ Deputy

_713 685 5220_

Fax number (if any):

*A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).

CCL Form 22

12-04-2012

Certified Document Number: 65123456 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   April 29, 2015

Certified Document Number:     65123456

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**